DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMADO MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00024 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | Date:    March 29, 2010 |
| AMADO MALDONADO, | Time:    9:00 a.m. |
| Defendant. | Judge:  Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Amado Maldonado, that the date for sentencing in this matter may be continued to March 29, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is March 22, 2010.  The requested new date is March 29, 2010.**

Defense counsel is completing Mr. Maldonado's sentencing memorandum and it will be filed on today's date.  The sentencing memorandum will

include legal objections to the PSR guideline calculations.  It will also request a downward variance pursuant to 18 U.S.C. § 3553.  Because of the late

filing, the government will need additional time to respond to the memorandum prior to sentencing.  For this reason the parties agree that a continuance of the sentencing date for Mr. Maldonado is appropriate.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 18, 2010                   By  /s/ Karen A. Escobar

                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: March 18, 2010                   By  /s/ Eric V. Kersten


                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Amado Maldonado


                          **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


Maldonado - Stipulation to Continue Sentencing          2

1    IT IS SO ORDERED.

2    **Dated:    March 18, 2010**                 /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28