| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant |
| | AMADO MALDONADO |
| 7 | |


HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
AMADO MALDONADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMADO MALDONADO,<br><br>    Defendant | No. 1:09-cr-024 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, AMADO MALDONADO, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 29, 2010, this Court sentenced Mr. Maldonado to a term of 240 months imprisonment;

3. His total offense level was 37, his criminal history category was III, and the resulting guideline range was 262 to 327 months. He received a sentence below the applicable guideline range pursuant to 18 U.S.C. § 3553(a);

4. The sentencing range applicable to Mr. Maldonado was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Maldonado's total offense level has been reduced from 37 to 35, and his amended guideline range is 210 to 262 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Maldonado's term of imprisonment to a total term of 210 months.

Respectfully submitted,

Dated: January 26, 2016  
BENJAMIN B. WAGNER  
United States Attorney

/s/ *Kathleen A. Servatius*  
KATHLEEN A. SERVATIUS  
Assistant U.S. Attorney

Attorney for Plaintiff  
UNITED STATES OF AMERICA

Dated: January 28, 2016  
HEATHER E. WILLIAMS  
Federal Defender

/s/ *Hannah R. Labaree*  
HANNAH R. LABAREE  
Assistant Federal Defender

Attorney for Defendant  
AMADO MALDONADO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Maldonado is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 210 to 262 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2010 is reduced to a term of 210 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO 247 form on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Maldonado shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **January 28, 2016**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE